remanded to the trial court for sentencing. *People v. Pickett* (1973), 54 Ill.2d 280, 284-285.

The judgment of conviction under the negotiated plea is affirmed and the cause is remanded to the circuit court for sentencing pursuant to the provisions of the Unified Code of Corrections.

Affirmed and remanded, with directions.

GUILD, P. J., and T. MORAN, J., concur.

THOMAS L. BREHM *et al.*, Minors, by THOMAS L. BREHM *et al.*, Their Parents and Next Friends, Plaintiffs-Appellants, *v.* JOHN DOBSON *et al.*, Defendants-Appellees.

(No. 72-190;

Second District—November 19, 1973.

286

Opinion by Mr. JUSTICE T. MORAN.

Perz & McGuire, of Chicago, for appellants.

Diver, Ridge, Brydges & Bollman, of Waukegan, for appellees.